**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Thuy Tran

Appellate case number:   01-17-00413-CV

Trial court case number:  1076941

Trial court:                      County Civil Court at Law No. 2 of Harris County

On June 6, 2017, relator Thuy Tran filed a petition for writ of mandamus. The documents in the appendix do not appear to be certified copies or sworn. *See* TEX. R. APP. P. 52.3(k)(1)(A). Relator must file a corrected appendix on or before June 12, 2017, or the petition may be dismissed for failure to comply with the rules. *Cf.* TEX. R. APP. P. 44.3 (providing for a reasonable time for correction or amendment of defects or irregularities).

If relator files a corrected appendix on or before June 12, 2017, the court requests real party in interest, Conifer Insurance Company, to file a response to the petition for writ of mandamus by June 19, 2017.

It is so ORDERED.


Judge's signature: /s/ Michael Massengale
                              ☑ Acting individually      ☐ Acting for the Court


Date: June 7, 2017